B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

__Middle__ District Of __GEORGIA__

In re __Tommy RAY Bowman__   Case No. __17-50108__

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| __Jefferson Capital Systems LLC__ | __FreedomRoad Financial__ |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Jefferson Capital Systems LLC**
**PO BOX 7999**
**Saint Cloud , MN 56302-9617**

Phone: __888-836-6853__
Last Four Digits of Acct #: __0520__

Court Claim # (if known): **10**
Amount of Claim: **$7,803.84**
Date Claim Filed: **3/15/2017**

Phone: __630-468-5216__
Last Four Digits of Acct #: __0520__

Name and Address where transferee payments should be sent (if different from above):
**Jefferson Capital Systems LLC**
**PO BOX 772813**
**Chicago , IL 60677-2813**

Phone: __888-836-6853__
Last Four Digits of Acct #: __0520__

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: __/s/ Kelly Lukason (Bankruptcy Specialist)__   Date: __02/21/2019__
   Transferee/Transferee's Agent

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF CLAIM

Evergreen Bank Group, ("Transferor") has sold and assigned certain claims to Jefferson Capital Systems, LLC ("Transferee"). Transferee is a limited liability company under the laws of the State of Georgia, maintaining a place of business at 16 McLeland Road, St. Cloud, MN 56303. Said claims arise from motor vehicle retail installment contracts or from direct consumer loans ("Accounts") issued to individuals who have filed petitions commencing cases under the U.S. Bankruptcy Code. Proofs of Claim with respect to the Accounts may have been filed under the following name:

FreedomRoad Financial

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Claim filed by Transferor pursuant to Federal Rule of Bankruptcy Procedure 3001 (e) (2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Claim. Transferor requests that Transferee be substituted for Transferor immediately upon Notice of Transfer of Claim.

A copy of this Waiver of Notice of Transfer of Claim shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver of Notice of Transfer of Claim by and through its duly authorized officer on the 4th day of January, 2019.

Transferor: Evergreen Bank Group

By: _____
Name: MICHAEL F. SPANIAK
Title: EVP-GENERAL COUNSEL